✎AO450 (Rev. 5/85)  Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF OHIO

JOHN S.

Plaintiff,

**JUDGMENT IN A CIVIL CASE**

V.

COMMISSIONER OF SOCIAL SECURITY

Case Number: 1:23-cv-00029

Defendant.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

...IT IS ORDERED THAT:

    1. The parties' Joint Motion to Remand (doc. 12) is GRANTED;

    2. The Clerk of Court is directed to enter Judgment in Plaintiff's favor under Fed. R. Civ. P. 58;

    3. This matter is REMANDED to the Social Security Administration, pursuant to sentence four of 42 U.S.C. § 405 (g), for further consideration consistent with this Order and the parties' stipulation; and

    4. The case is terminated on the docket of this Court.

7/21/2023

Date

RICHARD W. NAGEL, CLERK

Clerk

(By) Deputy Clerk